IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES P. RICHARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 2:21-cv-00109 |
| | )   Hon. Maureen P. Kelly |
| RAVIN CROSSBOWS, LLC | ) |
| | ) |
| Defendant. | ) |

**REPORT OF NEUTRAL**

A second mediation session was held in the above-captioned matter via remote access on June 7, 2022, the first being held on August 26, 2021.

The case (please check one):

　　__X__   has resolved

　　____   has resolved in part

　　____   has not resolved.

The parties request that a follow up conference with the Court should be scheduled within  N/A  days.

If the case has resolved in part, please indicate the part that has been resolved and/or the claim(s)/partie(s) that remain.

N/A

Dated:  June 7, 2022

　　　　　　　　　　　　　　　　　　　By:　Stephen J. Dalesio

　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen J. Dalesio
　　　　　　　　　　　　　　　　　　　　　　Signature of Neutral