IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES P. RICHARD, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 21-cv-109 |
| | ) | Magistrate Judge Maureen P. Kelly |
| vs. | ) | |
| | ) | |
| RAVIN CROSSBOWS, LLC, | ) | |
| a limited liability company, and | ) | |
| VELOCITY OUTDOOR, INC., | ) | |
| a corporation, | ) | |
| | ) | |
| *Defendants*. | | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, James P. Richard, and Defendants, Ravin Crossbows, LLC and Velocity Outdoor, Inc., hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Dated:  June 23, 2022.

| | |
|---|---|
| STRASSBURGER McKENNA GUTNICK & GEFSKY | CLARK HILL PLC |
| | |
| *s/ Lydia A. Gorba* | *s/ Steven D. Brock* |
| Harry F. Kunselman | Barry B. Sutton, Admitted *Pro Hac Vice* |
| Lydia A. Gorba | Steven D. Brock, Admitted *Pro Hac Vice* |
| Four Gateway Center, Suite 2200 | 151 S. Old Woodward Ave., Ste. 200 |
| 444 Liberty Avenue | Birmingham, Michigan  48009 |
| Pittsburgh, PA  15222 | Telephone: (248) 988-1811 |
| hkunselman@smgglaw.com | Facsimile:  (248) 530-9177 |
| lgorba@smgglaw.com | bsutton@clarkhill.com |
| | sbrock@clarkhill.com |
| | |
| *Attorneys for Plaintiff* | |

1

CLARK HILL PLC
Vincent M. Roskovensky (Bar ID No. 89447)
One Oxford Centre, 14th Floor
301 Grant Street
Pittsburgh, PA  15219
vroskovensky@clarkhill.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2022, a copy of the foregoing document was served upon the attorneys of record for all parties to the above case by the Court's ECF filing system.

*s/ Jennifer R. Howard*
Jennifer R. Howard